IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WHEATSTRAW LLC, an Oregon limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>LINDA-DARNELL MASON, TAMMY DELANEY, MICHAEL EDWARD DELANEY, and all others,<br><br>    Defendants.<br>_____<br>MICHAEL-EDWARD and TAMMIE-MARIE [Family: Delaney]<br><br>    Third Party Intervenors.<br>_____ | No. 08-1176-HU<br><br>FINDINGS AND RECOMMENDATION |

Gary K. Kahn
Tiffany A. Elkins
Reeves, Kahn & Hennessy
P.O. Box 86100
Portland, Oregon 97286
    Attorneys for plaintiff

Michael-Edward and Tammie-Marie
P.O. Box 1804
Fairview, Oregon 97024
    Pro se

FINDINGS AND RECOMMENDATION Page 1

HUBEL, Magistrate Judge:

This action was removed from the Circuit Court for the State of Oregon, County of Multnomah. It was brought as a forcible entry and detainer (FED). After a General Judgment was entered in favor of plaintiff Wheatstraw LLC (Wheatstraw) and against defendants, two of the defendants, the Delaneys, filed a Notice of Removal. Wheatstraw requests that the action be remanded to state court on the grounds that 1) the court lacks subject matter jurisdiction over the action; and 2) the Delaneys failed to obtain the consent of the other defendant, Linda-Darnell Mason, as required for removal. The motion to remand is granted.

The burden of establishing federal jurisdiction is on the party seeking removal, and the removal statute is strictly construed against removal jurisdiction. Prize Frize, Inc. v. Matrix (U.S.) Inc., 167 F.3d 1261, 1265 (9th Cir. 1999). A defendant may remove an action to federal court only if it could have been brought there originally. Caterpillar, Inc. v. Williams, 482 U.S. 386, 392 (1987); Jackson v. Southern California Gas Co., 881 F.2d 638, 641 (9th Cir. 1989). The presence or absence of federal question jurisdiction in a removal case is governed by the well pleaded complaint rule, which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint. Caterpillar, 482 U.S. at 392; Balcorta v. Twentieth Century-Fox Film Corp., 208 F.3d 1102, 1106 (9th Cir. 2000).

///

FINDINGS AND RECOMMENDATION Page 2

1     The face of the removed complaint alleges that the landlord,
2 Wheatstraw, is entitled to possession of property situated at 5126
3 NE 21st Avenue, Portland, Oregon, pursuant to Or. Rev. Stat. §
4 86.755(5). The complaint also states on its face that the plaintiff
5 is a resident of Portland, Oregon and the defendants also reside in
6 Portland, Oregon. Thus, this action could not have been brought
7 originally in federal court because it does not present a federal
8 question and the parties are not diverse.
9     Under 28 U.S.C. § 1446, all defendants must join or consent to
10 the removal notice. Prize Frize, 167 F.3d at 1266; Parrino v. FHP,
11 Inc., 146 F.3d 699, 703 (9th Cir. 1998). If all defendants do not
12 join in removal, the removal notice is defective. Prize Frize, 167
13 F.3d at 1266. There is no indication in the record that defendant
14 Linda-Darnell Mason joined in or consented to the removal notice,
15 which is signed only by defendants Tammie-Marie Delaney and
16 Michael-Edward Delaney.
17     I recommend that the motion to remand (doc. # 6) be GRANTED.

### Scheduling Order

19     The above Findings and Recommendation will be referred to a
20 United States District Judge for review. Objections, if any, are
21 due November 25, 2008. If no objections are filed, review of the
22 Findings and Recommendation will go under advisement on that date.
23 If objections are filed, a response to the objections is due
24 ///
25 ///
26 ///
27
28 FINDINGS AND RECOMMENDATION Page 3

December 9, 2008, and the review of the Findings and Recommendation will go under advisement on that date.

                Dated this 10th day of <u>November</u>, 2008.

                                <u>/s/ Dennis James Hubel</u>
                                  Dennis James Hubel
                        United States Magistrate Judge

OPINION Page 4