IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| WHEATSTRAW LLC, an Oregon limited liability company, | ) ) ) |
| Plaintiff, | ) ) Civil Case No. 08-1176-HU |
| vs. | ) ) ORDER ) |
| LINDA-DARNELL MASON, TAMMY DELANEY, MICHAEL EDWARD DELANEY, and all others, | ) ) ) ) ) |
| Defendants. | ) ) |
| MICHAEL-EDWARD and TAMMIE-MARIE [Family: Delaney] | ) ) ) ) |
| Third Party Intervenors. | ) ) |

Gary K. Kahn
Tiffany A. Elkins
Reeves, Kahn & Hennessy
P. O. Box  86100
Portland, Oregon  97286

Attorneys for Plaintiff

Page 1 - ORDER

      Michael-Edward and Tammie-Marie
      P. O. Box 1804
      Fairview, Oregon  97024

           Pro Se Defendant

KING, Judge:

      The Honorable Dennis Hubel, United States Magistrate Judge, filed Findings and Recommendation on November 10, 2008.  The matter is before this court.  <u>See</u> 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  Defendants have filed objections.

      When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a *de novo* determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

      Having given a *de novo* review of the issues raised in the objections to the Findings and Recommendation, I find no error.

      Accordingly, I ADOPT Judge Hubel's Findings and Recommendation (#9).  Plaintiff's Motion to Remand (#6) is GRANTED.

      Dated this     18th     day of December, 2008.

                            /s/ Garr M. King
                            Garr M. King
                            United States District Judge