IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| WHEATSTRAW LLC, an Oregon limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Civil Case No.  08-1176-HU |
| v. | ) ) | O R D E R |
| LINDA-DARNELL MASON, TAMMY DELANEY, MICHAEL EDWARD DELANEY, and all others, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |
| MICHAEL-EDWARD and TAMMIE-MARIE  [Family: Delaney] | ) ) ) | |
| Third Party Intervenors. | ) ) | |
| _____ | ) | |

> Gary K. Kahn
> Tiffany A. Elkins
> Reeves, Kahn & Hennessy
> P. O. Box 86100
> Portland, Oregon  97286
>
>         Attorneys for Plaintiff

Page 1 - ORDER

Michael-Edward and Tammie-Marie
P. O. Box 1804
Fairview, Oregon  97024

       Pro Se

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and

Recommendation on February 24, 2009.  The matter is before this court.  <u>See</u> 28 U.S.C. §

636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me

of my obligation to give the factual findings <u>de novo</u> review.  <u>Lorin Corp. v. Goto & Co., Ltd.,</u>

700 F.2nd 1202, 1206 (8th Cir. 1983); <u>See</u> <u>also</u> <u>Britt v. Simi Valley Unified School Dist.,</u> 708

F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT  Magistrate Judge Hubel's Findings and Recommendation (#23),

as it applies to defendant Linda-Darnell Mason.

IT IS HEREBY ORDERED that Wheatstraw's Motion for Attorney Fees (#16) and Bill of

Costs (#19) are granted.  I award attorney fees of $2,280.00 and costs of $20.00.

DATED this ___18<u>th</u>___ day of March, 2009.

       /s/ Garr M. King_____
              GARR M. KING
          United States District Judge